■ LEONARD SACCHERI, JR., Respondent, v CATHEDRAL PROPERTIES CORP. et al., Defendants, and CATHEDRAL COURT ASSOCIATES, L.P., et al., Appellants. [999 NYS2d 140]—

In an action, inter alia, to recover damages for wrongful eviction, the defendants Cathedral Court Associates, L.P., Old Court Realty Corp., and Jacques Blinbaum appeal, as limited by their brief, from so much of an order of the Supreme Court, Nassau County (Brandveen, J.), entered November 30, 2012, as granted the plaintiff's motion for summary judgment on the issue of liability on the cause of action for wrongful eviction insofar as asserted against the defendant Cathedral Properties Corp.

Ordered that the appeal is dismissed, without costs or disbursements, as the appellants are not aggrieved thereby.

"A person is aggrieved within the meaning of CPLR 5511 'when he or she asks for relief but that relief is denied in whole or in part,' or, when someone 'asks for relief against him or her, which the person opposes, and the relief is granted in whole or in part'" (*Matter of Michael O.F. [Fausat O.]*, 101 AD3d 1121, 1122 [2012], quoting *Mixon v TBV, Inc.*, 76 AD3d 144, 156-157 [2010]; *see* CPLR 5511). The order appealed from granted relief to the plaintiff against the defendant Cathedral Properties Corp. Since the appellants are not aggrieved by the order appealed from, their appeal must be dismissed (*see* CPLR 5511; *Mixon v TBV, Inc.*, 76 AD3d at 156-157). Skelos, J.P., Balkin, Austin and Barros, JJ., concur.